**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 04-1385

———————

GERTRUDE E. JORDAN,

Plaintiff - Appellant,

versus

GENERAL CONFERENCE OF SEVENTH-DAY ADVENTISTS,

Defendant - Appellee.

———————

Appeal from the United States District Court for the District of Maryland, at Greenbelt.  Roger W. Titus, District Judge.  (CA-03-638-RWT)

———————

Submitted:  July 28, 2004          Decided:  August 17, 2004

———————

Before WILKINSON, WILLIAMS, and SHEDD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Gertrude E. Jordan, Appellant Pro Se.  H. Dean Bouland, Jr., Leslie John Williams, Jr., BOULAND & BRUSH, L.L.C., Baltimore, Maryland, Lisa K. Burrow, GENERAL CONFERENCE OF SEVENTH-DAY ADVENTISTS, Silver Spring, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Gertrude E. Jordan appeals the district court's orders dismissing her discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. See Jordan v. General Conference of Seventh-Day Adventists, No. CA-03-638-RWT (D. Md. Feb. 25, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED